IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DRAGON INTELLECTUAL PROPERTY LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 13-2065-RGA |
| DIRECTV, LLC, | : | |
| Defendant. | : | |

**JUDGMENT**

For reasons set forth in the Stipulation and Order of Non-Infringement dated April 29, 2016 (D.I. 181);

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant DirecTV, LLC and against Plaintiff Dragon Intellectual Property, LLC.

Richard G. Andrews
United States District Judge

Dated: 5/3/2016

Neal M. Selmyer
(By) Deputy Clerk