IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRAGON INTELLECTUAL PROPERTY, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>AT&T SERVICES, INC.,<br><br>      Defendant. | Civil Action No. 13-2061-RGA |
| DRAGON INTELLECTUAL PROPERTY, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>      Defendant. | Civil Action No. 13-2062-RGA |
| DRAGON INTELLECTUAL PROPERTY, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC,<br><br>      Defendant. | Civil Action No. 13-2063-RGA |
| DRAGON INTELLECTUAL PROPERTY, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>COX COMMUNICATIONS, INC.,<br><br>      Defendant. | Civil Action No. 13-2064-RGA |

1

| | |
|---|---|
| DRAGON INTELLECTUAL PROPERTY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTV, LLC,<br><br>    Defendant. | Civil Action No. 13-2065-RGA |
| DRAGON INTELLECTUAL PROPERTY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TIME WARNER CABLE INC.,<br><br>    Defendant. | Civil Action No. 13-2068-RGA |
| DRAGON INTELLECTUAL PROPERTY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VERIZON COMMUNICATIONS INC.,<br><br>    Defendant. | Civil Action No. 13-2069-RGA |

**ORDER**

For the reasons discussed in the accompanying Memorandum, **IT IS HEREBY ORDERED**:

Defendants' motions for Rule 11 sanctions (C.A. No. 13-2061, D.I. 123; C.A. No. 13-2062, D.I. 133; C.A. No. 13-2063, D.I. 132; C.A. No. 13-2064, D.I. 125; C.A. No. 13-2065, D.I. 139; C.A. No. 13-2068, D.I. 135; C.A. No. 13-2069, D.I. 125) are **DENIED**.

Entered this 12 day of July, 2016.

*Richard G. Andrews*
United States District Judge

2